UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| YANKEETOWN WATER AUTHORITY )<br>  Plaintiff )<br> )<br>vs. )<br> )<br>MASTER METER, INC. )<br>  Defendant ) | 3: 05-cv-0055-RLY-WGH<br>CAUSE NO. EV_____ |

## NOTICE OF REMOVAL AND REQUEST FOR JURY TRIAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now Defendant, Master Meter, Inc. (hereinafter "Master Meter"), by counsel, and files this Notice of Removal and Request for Jury Trial, and shows unto the Court the following:

1. On February 15, 2005, Plaintiff, Yankeetown Water Authority, filed an action in the Warrick Superior Court No. 2 for the County of Warrick, State of Indiana, entitled *Yankeetown Water Authority v. Master Meter, Inc.*, Cause No. 87D02-0502-PL-053 (hereinafter the "State Court Action").

2. Master Meter received service of process of the Summons and Complaint via Certified Mail on February 22, 2005. Attached hereto is a certified copy of the Summons and Complaint and Warrick Superior Court No. 2 record.

3. Pursuant to 28 U.S.C. § 1446, this Notice of Removal, filed within thirty (30) days of knowledge or receipt by Master Meter of Plaintiff's original Complaint, is timely. Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332(a)(1), this Court has original jurisdiction over this action as the amount in controversy exceeds $75,000.00, exclusive of interest and costs, if any, and there is complete diversity of citizenship between the parties.

4. Plaintiff, Yankeetown Water Authority, alleges that it is a water authority organized and existing under the laws of the State of Indiana.

5. Master Meter is Texas corporation with its principal place of business in Mansfield, Texas.

6. This action may be removed to the United States District Court for the Southern District of Indiana, Evansville Division, pursuant to 28 U.S.C. § 1441(a), in that Master Meter is not a citizen of Indiana.

7. Pursuant to L.R. 81.1, the undersigned certifies to this Court that he believes this Court has original jurisdiction over this action as Master Meter believes Yankeetown Water Authority is seeking in excess of $75,000.00. Since the amount of damages at issue is unspecified in the complaint, Plaintiff is hereby notified that it is required to amend the complaint to comply with the jurisdictional amount requirements pursuant to L.R. 81.1.

8. Written notice of the filing of this Notice of Removal and Request for Jury Trial and Notice of Filing of Notice of Removal is being given to Plaintiff through its counsel of record, S. Anthony Long. A copy of this Notice of Removal and Request for Jury Trial will be filed promptly with the Clerk of the Warrick Superior Court.

9. Master Meter files this Notice of Removal and Request for Jury Trial subject to and without waiver of any rights, defenses and objections, including, but not limited to, venue, process and service of process.

10. Master Meter reserves and does not waive its right to amend or supplement this Notice of Removal and Request for Jury Trial.

11. Master Meter requests a trial by jury on all issues and causes of action so triable.

**WHEREFORE**, Defendant, Master Meter, Inc., removes the above-entitled cause now pending in the Warrick Superior Court No. 2 to this Court, the United States District Court for the Southern District of Indiana, Evansville Division.

Respectfully submitted,

KAHN, DEES, DONOVAN & KAHN, LLP

By: _____
Todd C. Barsumian #20778-82

ATTORNEYS FOR DEFENDANT,
MASTER METER, INC.

KAHN, DEES, DONOVAN & KAHN, LLP
501 Main Street
Fifth·Main Financial Plaza, Suite 305
Post Office Box 3646
Evansville, Indiana 47735-3646
Telephone: (812) 423-3183
Facsimile: (812) 423-3841

### CERTIFICATE OF SERVICE

I do hereby certify that I have this ___ day of March, 2005, served a true and correct copy of the above and foregoing pleading to the following:

S. Anthony Long
Long & Mathies Law Firm
415 East Main St.
Boonville, IN 47601

_____
Todd C. Barsumian