STATE OF INDIANA:                IN THE WARRICK SUPERIOR COURT NO. 2

COUNTY OF WARRICK:               2005 TERM

YANKEETOWN WATER AUTHORITY       CAUSE NO. 87D02-0502-CP- 053
    Plaintiff

VS.

MASTER METER, INC.
    Defendant

RECEIVED

MAR 1 1 2005

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA



FILED
FEB 1 5 2005
SHANNON WEISHEIT
CLERK WARRICK CIRCUIT AND SUPERIOR COURTS

### COMPLAINT FOR BREACH OF WARRANTY

Comes now the Plaintiff, for cause of action against the Defendant herein, says and alleges as follows:

1. The Plaintiff is a water authority organized and existing under the laws of the State of Indiana.

2. The Defendant is a corporation engaged in the business of manufacturing marketing of water meters and water metering equipment.

3. Heretofore, the Plaintiff purchased approximately six hundred (600) water meters and related equipment manufactured and marketed by the Defendant herein.

4. The meters and metering equipment purchased by the Plaintiff were for the purpose of installing the same to water customers of the Plaintiff and to allow the electronic reading of said meters for the billing processes of the Plaintiff.

5. Within the electronic reading function of the meters purchased from the Defendant herein, there have existed numerous failures exceeding several dozen thereof, which failures have resulted in the necessity of removing the same from the meter installation, reinstalling another unit within the meter installation, and incurring the expenses of packaging and shipping the same to the Defendant which has performed repair and/or replacement services for the same.

6. Said meters and more particularly, metering equipment, are subject to all warranties of merchantability, fitness for particular purpose and all other statutory warranties provided for under Indiana law.

7. The Defendant herein has breached said warranty and as a result thereof, the Plaintiff has sustained damages.

WHEREFORE, the Plaintiff prays for judgment against the Defendant in an amount sufficient to compensate it for its damages, for its costs herein expended and laid out and for all other just and proper relief in the premises.

Respectfully submitted,

LONG & MATHIES LAW FIRM
A Professional Corporation

_____
S. Anthony Long, Attorney No. 8890-87

This document prepared by:
LONG & MATHIES LAW FIRM
Attorney at Law
A Professional Corporation
Post Office Box 250
415 East Main Street
Boonville, IN 47601
Tel: (812) 897-6868
Fax: (812) 897-3098
rdl\Yankeetown Water Authority\Master Meter - Complaint